FORM 8. Entry of Appearance

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

Endotach LLC    v.   Cook Medical Incorporated

No. 15-1357

## ENTRY OF APPEARANCE

(INSTRUCTIONS: Counsel should refer to Federal Circuit Rule 47.3. Pro se petitioners and appellants should read paragraphs 1 and 18 of the Guide for Pro Se Petitioners and Appellants. File this form with the clerk within 14 days of the date of docketing and serve a copy of it on the principal attorney for each party.)

Please enter my appearance (select one):

[ ] Pro Se      [✓] As counsel for:   Cook Medical LLC (surviving entity following conversion of Cook Medical Incorporated to Cook Medical LLC)
Name of party

I am, or the party I represent is (select one):

[ ] Petitioner   [ ] Respondent   [ ] Amicus curiae   [ ] Cross Appellant
[ ] Appellant    [✓] Appellee     [ ] Intervenor

As amicus curiae or intervenor, this party supports (select one):

[ ] Petitioner or appellant     [ ] Respondent or appellee

My address and telephone are:

Name: Dominic P. Zanfardino
Law firm: Brinks Gilson & Lione
Address: 455 N. Cityfront Plaza Drive
City, State and ZIP: Chicago, Illinois 60611
Telephone: 312-321-4200
Fax #: 312-321-4299
E-mail address: dzanfardino@brinksgilson.com

Statement to be completed by counsel only (select one):

[✓] I am the principal attorney for this party in this case and will accept all service for the party. I agree to inform all other counsel in this case of the matters served upon me.

[ ] I am replacing _____ as the principal attorney who will/will not remain on the case. [Government attorneys only.]

[ ] I am not the principal attorney for this party in this case.

Date admitted to Federal Circuit bar (counsel only): January 6, 1994

This is my first appearance before the United States Court of Appeals for the Federal Circuit (counsel only):

[ ] Yes   [✓] No

[ ] A courtroom accessible to the handicapped is required if oral argument is scheduled.

March 9, 2015                              /s/ Dominic P. Zanfardino
Date                                       Signature of pro se or counsel

cc: Jonathan T. Suder

123

## CERTIFICATE OF SERVICE

I hereby certify that on March 9, 2015 a copy of the foregoing **ENTRY OF APPEARANCE** has been filed electronically. Notice of this filing will be sent to all attorneys who have entered an appearance in this case by operation of the Court's CM/ECF electronic filing system. All attorneys who have entered an appearance in this case may access this filing through the Court's system.

/s/ Dominic P. Zanfardino
Dominic P. Zanfardino
BRINKS GILSON & LIONE
455 N. Cityfront Plaza Drive
NBC Tower, Suite 3600
Chicago, Illinois 60611-5599
(312) 321-4200
dzanfardino@brinksgilson.com

*Counsel for Defendant-Appellee Cook Medical LLC*