NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

**ENDOTACH LLC,**
*Plaintiff-Appellant*

v.

**COOK MEDICAL LLC,**
*Defendant-Appellee*

2015-1357

Appeal from the United States District Court for the Southern District of Indiana in No. 1:13-cv-01135-LJM-DKL, Judge Larry J. McKinney.

**ON MOTION**

**O R D E R**

Cook Medical LLC moves for a 30-day extension of time, until January 27, 2016, to file its response brief and states that Endotach LLC opposes the motion to the extent that Cook Medical seeks an extension greater than 14 days.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

>                    FOR THE COURT
>
>                    /s/ Daniel E. O'Toole
>                    Daniel E. O'Toole
>                    Clerk of Court

s32